# HARRY M. STERN
## Attorney at Law
## 10400 Connecticut Ave., #405
## Kensington, MD 20895

(301) 946-6857
Fax (301) 942-8619                                              email: hstern516@aol.com

**January 30, 2008**

The Honorable John D. Bates
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, Northwest
Washington, DC  20001

      Re:    <u>In re: National Sheriff's Association, et al. v Joseph Coffman</u>
             U.S.D.C. D.C.  No.: 1:08-mc-00033

Dear Judge Bates:

      Pursuant to your Order of January 24, 2008, and in resolution of the Motion to Quash filed in the above-captioned matter, the parties have reached the following agreement, which we respectfully request Your Honor enter of record, dismissing the above-captioned matter:

1. Barbara Dossey is excused from attending a deposition pursuant to the subpoena issued pursuant to <u>Columbia Casualty Company, et al. v. Joseph Coffman</u>, U.S.D.C. E.D. PA No.: 07-3496 and served upon her on January 25, 2008, due to her medical condition, as the subpoena has been withdrawn pursuant to the terms of this agreement.

2. In lieu of the documents requested in Attachment "A" of the Subpoena, Ms. Dossey will provide the following documents within thirty (30) days and/or a statement that she is not in possession of the requested documents:

   a. All documents relating to the formulation of coverage under Columbia Casualty Company's Law Enforcement Liability Policy No.: 195795604;

   b. All documents relating to any request for liability insurance coverage made by the Pennsylvania State Constables Association within the past

The Honorable John D. Bates
January 30, 2008

Page Two

       nine (9) years not to include individual constables' applications or renewals;

    c. All documents relating to how the named insured appearing on the declarations page of Columbia Casualty Company's Law Enforcement Liability Policy No. 195795604 was selected; and

    d. All documents referencing Joseph Coffman.

3. Barbara Dossey will provide an Affidavit setting forth the involvement of National Sheriff's Association, National Service Associates, Inc. and Ms. Dossey with regard to Columbia Casualty Company's Law Enforcement Liability Policy No.: 195795604, by February 8, 2008.

4. Joseph Coffman reserves the right to subpoena Barbara Dossey for trial and her counsel, Harry M. Stern, Esquire agrees to accept service of such a subpoena on her behalf.

Should Ms. Dossey's medical condition prevent her from supplying the documents referenced above, her counsel will notify Mr. Coffman's counsel to make arrangements to comply as soon as <u>reasonably</u> capable. To date, counsel for Mr. Coffman have yet to move for an extension of the discovery deadline set forth in the <u>Columbia Casualty Company, et al. v. Joseph Coffman</u>, U.S.D.C. E.D. PA No.: 07-3496, but reserve the right to do so.

Thank you for your efforts and assistance in resolving this matter.

                           Respectfully submitted,

| | |
|---|---|
| /s/ Richard M. Ochroch | /s/ Harry M. Stern |
| **Richard M. Ochroch, Esquire** | **Harry M. Stern, Esquire** |
| **Brett N. Benton, Esquire** | 10400 Connecticut Ave., #405 |
| 318 S. 16th Street | Kensington, MD 20895 |
| Philadelphia, PA 19102 | Phone: 301-946-6857 |
| Phone: 215-735-2707 | Fax: 301-942-8619 |
| Fax: 215-790-0491 | Counsel for National Sheriff's |
| Counsel for Assignees of | Association, National Service |
| Joseph Coffman | Associates, Inc. and Barbara Dossey |