UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE NATIONAL SHERIFFS' ASSOCIATION, NATIONAL SERVICE ASSOCIATES, INC., AND BARBARA DOSSEY,

Movants,

v.

JOSEPH COFFMAN,

Defendant.

**FILED**
JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Misc. Action No. 08-033 (JDB)

## ORDER

Pursuant to the telephonic status conference held on this date concerning the movants' motion to quash subpoena, it is hereby

**ORDERED** that the return date of the subpoena has been postponed to February 15, 2008, subject to the availability of Barbara Dossey in light of her medical condition; it is further

**ORDERED** that the parties shall meet and confer by not later than January 29, 2008 to discuss whether the scope of the subpoena may be narrowed or clarified by mutual agreement; and it is further

**ORDERED** that the parties shall file a joint status report by not later than January 30, 2008 informing the Court whether the parties have resolved the dispute over the subpoena and, if not, shall propose a briefing schedule, to enable resolution of any remaining issues prior to the return date of the subpoena.

JOHN D. BATES
United States District Judge

Date:  January 24, 2008