UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE NATIONAL SHERIFFS' ASSOCIATION, NATIONAL SERVICE ASSOCIATES, INC., AND BARBARA DOSSEY,<br><br>　　　Movants,<br><br>　　　v.<br><br>JOSEPH COFFMAN,<br><br>　　　Defendant. | FILED<br>JAN 3 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Misc. Action No. 08-033 (JDB) |

## ORDER

Upon consideration of the parties' joint request to dismiss the above-captioned action pursuant to the terms of the parties' agreement by letter dated January 30, 2008, it is hereby

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** based on the agreement set forth in the letter dated January 30, 2008 (Docket Entry No. 2); and it is further

**ORDERED** that the motion to quash is **DENIED AS MOOT**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　／s／ JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  January 31, 2008